UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIHA GLASTER, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 2:14-CV-00245-MHH |
| } | |
| **ELCO LANDMARK** } | |
| **RESIDENTIAL MANAGEMENT,** } | |
| **LLC,** } | |
| | |
| **Defendant.** | |

## ORDER

Plaintiffs Dallas Thomas, Neysa Isidore, Consquela Brown, and Gregory Coone have filed separate joint stipulations of dismissal with prejudice with the defendant, ELCO Landmark Residential Management, LLC. (Docs. 81, 82, 83, 84). These four plaintiffs are the last of the plaintiffs remaining in this lawsuit, and they assert retaliation claims against the defendant.

The Court **ORDERS** that the claims of the four remaining plaintiffs are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this June 16, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE